■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to the Real Property Known as Two Bridges Urban Renewal Project in the Borough of Manhattan. WATERSIDE EXPORT COMPANY et al., Respondents; JRC LUMBER COMPANY, Appellant. — Appeal from order, Supreme Court, New York County (Pecora, J.), entered on September 21, 1981, withdrawn, without costs to either party as against the other. Concur — Kupferman, J. P., Carro, Markewich and Bloom, JJ.

■ FURMAN LUMBER, INC., Respondent, v JOHN C. REVSON et al., Appellants. — Judgment, Supreme Court, New York County (Blangiardo, J.), entered on April 29, 1981, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court entered on April 28, 1981 is dismissed as subsumed in the appeal from the judgment. No opinion. Concur — Sandler, J. P., Sullivan, Markewich, Lupiano and Asch, JJ.

■ DANIEL ROSENBLOOM, Appellant, v ARTURO HERNANDEZ, Respondent, et al., Defendants. — Judgment, Supreme Court, New York County (Blyn, J.), entered on September 11, 1981, unanimously affirmed, without costs and without disbursements. Appeal from order of said court entered on August 3, 1981, dismissed as subsumed in the appeal from the judgment. No opinion. Concur — Carro, J. P., Silverman, Bloom, Fein and Milonas, JJ.